AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Dennis R. | US Bankruptcy Ct-W Dist MO | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E. 9th St., Room 6562
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Patrick B. White d/b/a Trinity House - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 31, 2011-April 3, 2011 | National Harbor, MD | 29th Annual Spring Meeting | Transportation & Meals |
| 2. | National Conference of Bankruptcy Judges | April 4, 2011-May 11, 2011 | Palm Desert, CA | Endowment Committee Meeting | Transportation, Meals & Lodging |
| 3. | Advanced Consumer Bankruptcy Practice Institute, Inc. | July 20-23, 2011 | Albuquerque, NM | Training | Transportation & Meals |
| 4. | National Conference of Bankruptcy Judges | October 12-15, 2011 | Tampa, FL | Annual Meeting | Transportation, Meals & Lodging |
| 5. | American Bankruptcy Institute | December 1-3, 2011 | LaQuinta, CA | 23rd Annual Winter Leadership Conference | Transportation & Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Natixis US Multi-Cap Equity A | A | Dividend | J | T | | | | | |
| 2. United Missouri Bank (UMB) Accounts | A | Interest | J | T | | | | | |
| 3. Europacific Growth Fund A | A | Dividend | K | T | | | | | |
| 4. The Growth Fund of America A | A | Dividend | J | T | | | | | |
| 5. The New Economy Fund A | A | Dividend | J | T | | | | | |
| 6. Small Cap World Fund A | A | Dividend | J | T | | | | | |
| 7. Davis New York Venture Class A | A | Dividend | J | T | | | | | |
| 8. Templeton Developing Markets Trust-Class A | A | Dividend | J | T | | | | | |
| 9. Columbia Seligman Communications & Info Fund A | A | Dividend | K | T | | | | | |
| 10. Rollover IRA #1: | E | Int./Div. | P1 | T | | | | | |
| 11. -Fidelity ADV Energy Fund CL T | | | | | | | | | |
| 12. -Small Cap World Fund CL A | | | | | | | | | |
| 13. - Citibank Bank Deposit Cash Account | | | | | | | | | |
| 14. -American Mutual Fund Class A | | | | | | | | | |
| 15. -Franklin Small Mid Cap Growth Fund A | | | | | | | | | |
| 16. -Mutual Global Discovery Fund Class A | | | | | | | | | |
| 17. -Templeton Developing Markets Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Bond Funds of America CL A | | | | | | | | | |
| 19. -Wells Fargo Adv Gov Sec Fd CL Inv | | | | | | | | | |
| 20. -Buffalo Small Cap Fund | | | | | | | | | |
| 21. -Capital World Growth & Income Fund A | | | | | | | | | |
| 22. -Franklin Income Fund A | | | | | | | | | |
| 23. -Fundamental Investors Fund CL A | | | | | | | | | |
| 24. - Oppenheimer Gold & SP Mineral CL A | | | | | | | | | |
| 25. Edward Jones IRA (Cash) | A | Interest | J | T | | | | | |
| 26. The New England Variable Life Insurance Policies: | | | | | | | | | |
| 27. FI Value Leaders Fund | A | Dividend | J | T | | | | | |
| 28. Lmis Say SmCap Grwth | A | Dividend | J | T | | | | | |
| 29. Davis Venture Value Fund | A | Dividend | J | T | | | | | |
| 30. American Funds Growth Fund | A | Dividend | J | T | | | | | |
| 31. American Funds Gro-Inc | A | Dividend | J | T | | | | | |
| 32. MFS Research Intl | A | Dividend | J | T | | | | | |
| 33. MetArt Mid Cap Value | A | Dividend | J | T | | | | | |
| 34. Lmis Say SmCap Core | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The New England Whole Life Insurance Policies | B | Dividend | M | T | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Natixis US Divers Portfolio A, Ticker Symbol NEFSX, changed its name during 2011 to US Multi-Cap Equity A. There were no transactions to report for this investment account during the reporting period.

Part VII, Eaton Vance Kansas Muni Income Fund A was entirely disposed of in 2010 and, as a result, this investment has not been reported in Part VII of the 2011 report.

Part VII, Rollover IRA #1, the FISERV Trust Money Market Account was redeemed in full in 2010 and, as a result, this investment has not been reported in Part VII of the 2011 report.

Part VII, Rollover IRA #1, the Templeton World Fund Class A was entirely disposed of in 2010 and, as a result, this investment has not been reported in Part VII of the 2011 report.

Part VII, Rollover IRA #1, Bond Fund of America CL A as listed in the 2010 report, Ticker Symbol ABNDX, changed its name during 2011 to American Bond Funds of America CL A. There were no transactions to report for this investment account during the reporting period.

Part VII, the Edward Jones IRA is a traditional IRA and not a SEP IRA as listed in the 2010 report. No changes occurred with this account other than the name of the account listed. There were no transactions to report for this IRA account during the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544